NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EUGENE D. DANESHVAR,**

*Plaintiff-Appellant*

**v.**

**DARYL R. KIPKE, NEURONEXUS TECHNOLOGIES, INC.,**

*Defendants-Appellees*

---

2017-2515

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:13-cv-13096-SJM-APP, Judge Stephen J. Murphy, III.

---

**JUDGMENT**

---

WILLIAM ALCIATI, Gardella Grace PA, Washington, DC, argued for plaintiff-appellant. Also represented by GREG GARDELLA.

J. MICHAEL HUGET, Honigman Miller Schwartz and Cohn LLP, Ann Arbor, MI, argued for defendants-appellees. Also represented by SARAH E. WAIDELICH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 19, 2018  /s/ Peter R. Marksteiner
Date             Peter R. Marksteiner
                 Clerk of Court